NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DAYS INN WORLDWIDE, INC., a Delaware Corporation, | : : : : | **ORDER** |
| Plaintiff, | : : | Civ. No. 11-355 (WHW) |
| v. | : : |  |
| BUJA INVESTMENTS, INC., a New Mexico Corporation, JIN H. KWON, an individual and HYUN S. KWON, an individual, | : : : : |  |
| Defendants. |  |  |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is, on this 20th day of January, 2012:

ORDERED that Plaintiff's motion for default judgment is GRANTED as to Defendants Buja Investments, Inc. and Hyun S. Kwon in the amount of $218,475.78 and DENIED as to Defendant Jin H. Kwon.

<u>s/ William H. Walls</u>

United States Senior District Judge